UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARRELL GUNN,

                                    *Plaintiff,*

    v.

THOMAS MILANI,

                                    *Defendant.*

Case No. 20-CV-2681 (KMK)

MOTION SCHEDULING ORDER &
ORDER REOPENING DISCOVERY

KENNETH M. KARAS, United States District Judge:

The Court adopts the following briefing schedule: Plaintiff shall file his brief in support of his Motion for a Protective Order by no later than January 12, 2026.  Defendant shall file a response by no later than February 2, 2026.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

Additionally, Plaintiff's unopposed request to reopen discovery in this Action is granted. Discovery in this case is reopened from the date of this Order and is to be completed no later than March 10, 2026.

SO ORDERED.

DATED:        December 10, 2025
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE