UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

Darrell Gunn,

20-cv-02681 (KMK)

Plaintiff,

-against-

CALENDAR NOTICE

Correction Officer Thomas Milani,

Defendants.

---------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a pre-motion conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, July 21, 2026 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).

Dated: July 15, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J