**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DARRELL GUNN,

Plaintiff,

-vs.-

CORRECTIONS OFFICER THOMAS MILANI,

Defendants.

---

**ORDER TO PRODUCE**

**7:20-cv-02681-KMK-JCM**

**ECF**

**TO: John Welau, Superintendent**
**Sing Sing Correctional Facility**
**354 Hunter Street**
**Ossining, New York 10562-5442**

**WHEREAS** DARRELL GUNN 03B2443 must attend a settlement conference telephonically with this Court on Thursday, October 29, 2026 at 2:00 pm; and

**WHEREAS** Mr. Gunn is currently in custody at Sing Sing Correctional Facility in Ossining, New York; and

**NOW THEREFORE, IT IS ORDERED** that the SUPERINTENDENT OF SING SING CORRECTIONAL FACILITY shall produce DARRELL GUNN 03B2443 to the location of a secure, unmonitored telephone in Sing Sing Correctional Facility at 2:00 PM Thursday, October 29, 2026 and allow him to use the telephone line until the Court dismisses him from the proceedings; and

**FURTHER, IT IS ORDERED** that the SUPERINTENDENT OF SING SING CORRECTIONAL FACILITY shall ensure that a member of his staff coordinates through Plaintiff's Counsel, Arnold & Porter Kaye Scholer LLP, to share a telephone number at which counsel can reach Mr. Gunn for the proceedings; and

**FURTHER, IT IS ORDERED** that if Mr. Gunn is transferred to another DOCCS facility before the date of the conference, staff at Sing Sing shall immediately

inform Plaintiff's counsel so alternative plans can be arranged to produce Mr. Gunn telephonically.

**SO ORDERED.**

Dated: October 15, 2026

HON. JUDITH C. MCCARTHY
Chief Magistrate Judge,
U.S. District Court, Southern District