Case 7:20-cv-02681-KMK-JCM Document 115 Filed 11/23/26 Page 1 of 2

Arnold & Porter

November 23, 2026

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
Courtroom 521
White Plains, New York 10601

Re: *Gunn v. Milani*, 7:20-cv-02681-KMK-JCM – Letter-Motion for Extension of Time to Submit Settlement Agreement

Dear Judge Karas:

On behalf of Plaintiff Darrell Gunn, we write to respectfully request that the Court extend to December 15, 2026 the deadlines set in the Court's October 30, 2026 Order (ECF No. 114) for the parties to (1) submit the settlement agreement to be "so ordered," so that the Court may retain jurisdiction to enforce it, or (2) apply to reopen the action without prejudice should the settlement not be consummated. Defendant does not oppose this request.

As required by Section I.C of Your Honor's Individual Practices: (1) the original deadline is November 30, 2026; (2) this is the parties' first request to extend that deadline; (3) because there have been no prior requests, none has been granted or denied; and (4) Defendant does not oppose this request. The Order, entered October 30, 2026, allows thirty days to reopen the case or to submit a settlement agreement. Because the thirtieth day, November 29, 2026, is a Sunday, the deadline falls on Monday, November 30, 2026. *See* Fed. R. Civ. P. 6(a)(1)(C).

The Order followed the parties' October 29, 2026 settlement conference before Judge McCarthy. It dismisses this action without prejudice to the right to reopen within thirty days if the settlement is not consummated, and it provides that, if the parties wish the Court to retain jurisdiction to enforce the settlement agreement, they must submit the agreement to be "so ordered" within that same thirty-day period. ECF No. 114. In a minute entry dated October 29, 2026, Judge McCarthy also ordered the parties to submit a stipulation of discontinuance to this Court by December 1, 2026.

Case 7:20-cv-02681-KMK-JCM Document 115 Filed 11/23/26 Page 2 of 2

Arnold & Porter



Good cause exists for a brief extension. Due to delays in receiving and negotiating the terms of the settlement agreement, the upcoming Thanksgiving holiday, and the need to obtain the signature of Plaintiff, who is incarcerated at Sing Sing Correctional Facility, Plaintiff's counsel does not expect to have an executed settlement agreement and stipulation of dismissal by November 30, 2026. An extension to December 15, 2026 will give counsel the time needed to secure those documents. The extension will not prejudice any party, and apart from the December 1, 2026 deadline set by Judge McCarthy, no other dates are pending in this action.

Accordingly, Plaintiff respectfully requests that the Court extend to December 15, 2026 (1) the time to submit an executed settlement agreement and stipulation of dismissal to be "so ordered," so that the Court may retain jurisdiction to enforce the agreement; and (2) the time to apply to reopen the action without prejudice should the settlement not be consummated by that date. Plaintiff further requests that the December 1, 2026 deadline set by Judge McCarthy be extended to the same December 15, 2026 date. We thank the Court for its consideration.

Respectfully submitted,

Ryan Fenn

cc: AJ Agnew
Zachary Sweebe
David Kerschner
Courtney Neufeld
Owen Crowley

Granted.

So Ordered.

11/23/26